IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON PIRELA, a/k/a<br>SALVADOR MORALES,<br><br>    Petitioner,<br><br> v.<br><br>DONALD T. VAUGHN, et al.,<br><br>    Respondents. | CIVIL ACTION<br>NO. 01-4017 |

### ORDER

**AND NOW**, this 24th day of March 2014, upon consideration of the Amended Petition for a Writ of Habeas Corpus (Doc. No. 18), Respondents' Response in Opposition (Doc. No. 40), the Report and Recommendation of the United States Magistrate Judge (Doc. No. 46), Petitioner's Objections to the Report (Doc. No. 47), all related filings and exhibits, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (Doc. No. 46) is **APPROVED** and **ADOPTED**.

2. The Amended Petition for a Writ of Habeas Corpus (Doc. No. 18) is **DENIED**.

3. A certificate of appealability will not be issued because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, and based on the analysis contained in the Opinion of the Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the habeas petition.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

<u>/s/ Joel H. Slomsky</u>
JOEL H. SLOMSKY, J.